UNITED STATES DISTRICT COURT **FILED**
EASTERN DISTRICT OF NEW YORK IN CLERK'S OFFICE
------------------------------------------ U.S. DISTRICT COURT, E.D.N.Y.

Alfonso Springer ,
             Plaintiff,

★ AUG 0 8 2005 ★

**BROOKLYN OFFICE**

ORDER

-vs-

CV-05-2859(FB)(LB)

Charles Hynes, et. al.,

             Defendants.

------------------------------------------

      On July 21, 2005 the *pro se* plaintiff filed a motion for reconsideration of the Court's memorandum and order dated June 27, 2005 dismissing his complaint, because the defendants are absolutely immune from suit. The *pro se* plaintiff now seeks leave to file an amended complaint to sue the same defendants in both their official and unofficial capacities, and to use the words "employer" and "employees" whom he alleges deliberately deprived him of his right to due process and equal protection under the law. Accordingly it is

      HEREBY ORDERED that *pro se* plaintiff's motion is DENIED, because absolute immunity still applies.

                                 UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          August 3, 2005

cc.: Alfonso Springer , *pro se* plaintiff